

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00096-CV

LIFE INVESTORS INSURANCE                                          APPELLANT
COMPANY OF AMERICA, NOW
MERGED INTO TRANSAMERICA
LIFE INSURANCE COMPANY

V.

NATIONAL HEALTH                                                  APPELLEE
ADMINISTRATORS, INC.

-----------

## FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Joint Agreed Motion To Dismiss Appeal Pursuant To Settlement." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: DAUPHINOT, MEIER, and GABRIEL, JJ.

DELIVERED: December 15, 2011